JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

QIN LI,

        Petitioner,

      v.

KRISTI NOEM, et al.,

        Respondents.

Case No. 5:26-cv-00878-JWH-DMK

**ORDER APPROVING STIPULATION TO DISMISS CASE AS MOOT**

Honorable John W. Holcomb
United States District Judge

2

The Court, having reviewed the Stipulation to Dismiss Case as Moot (the "Stipulation") and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby **ORDERS** as follows:

1.    The Stipulation is **APPROVED**.

2.    This case is **DISMISSED as moot**.

3.    The OSC Hearing set on July 17, 2026, is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 15, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

3