**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

QIN LI, A# 240-749-080,

Plaintiff,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
TODD BLANCHE, in her official capacity as Attorney General of the United States,
DAVID J. VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
DAVID MARIN, in his official capacity as Field Office Director, ICE ERO Los Angeles Field Office, and
JAMES JANECKA, in his official capacity as Warden of Adelanto Detention Facility,

Defendants.

Case No. 5:26-cv-00878-JWH-DMK

**JUDGMENT**

Pursuant to the "Order Approving Stipulation to Dismiss Case as Moot" filed on or about July 15, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Mandamus [ECF No. 1] of Plaintiff Qin Li, A# 240-749-080, is **DISMISSED as moot**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 27, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE